IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 04-30248-MAP

RUGGERS, INC.,
        Plaintiff,

v.

DHL EXPRESS (USA), INC.,
        Defendant.

**ASSENTED TO MOTION TO EXTEND TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

The Defendant, DHL Express (USA), Inc. (hereinafter "DHL"), hereby moves the Court, pursuant to Rule 7.1 of the Local Rules for the District of Massachusetts and Rule 81 of the Federal Rules of Civil Procedure, for an extension of seven (7) days within which to file and serve a response to the Complaint in the above entitled action. In support hereof, DHL states as follows:

1. DHL removed this action to federal court on December 17, 2004. See Not. of Removal to the U.S. Dist. Ct. 28 U.S.C. § 1441 dated December 16, 2004.

2. DHL's response to the Complaint is due on or before December 22, 2004. See Fed.R.Civ.P. 81(c)(response to complaint due within five (5) days of filing removal).

3. DHL is in need of an additional seven (7) days to file and serve a response in light of current holiday schedules and the need for further review by counsel of federal statutory schemes pertinent to DHL's anticipated response.

32945.1

4.  DHL has consulted with counsel for the Plaintiff and the Plaintiff assents to a week's extension of time within which DHL must respond to the Plaintiff's Complaint.

WHEREFORE, DHL respectfully moves for an extension of time to respond to the Complaint to and including December 29, 2004.

Respectfully submitted,

DHL EXPRESS (USA), INC.,

By Its Attorneys,

*/s/ Sara Discepolo*
George C. Rockas, BBO#544009
Sara Discepolo, BBO# 628721
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: December 22, 2004

## LOCAL RULE 7.1 CERTIFICATION

I, Sara Discepolo, hereby certify pursuant to Local Rule 7.1 that I have in good faith conferred with opposing counsel concerning the above Motion and opposing counsel assents to the relief requested therein.

*/s/ Sara Discepolo*
Sara Discepolo

32945.1

## CERTIFICATE OF SERVICE

    I, Sara Discepolo, hereby certify that on this 22nd day of December, 2004, I served a copy of the foregoing *Assented to Motion to Extend Time to Respond to the Complaint* together with all supporting documentation upon all counsel/parties of record by mailing same postage prepaid to:

Kevin C. Maynard
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507

                                              */s/ Sara Discepolo*
                                              Sara Discepolo

32945.1