IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 04-30248-MAP

| |
|---|
| RUGGERS, INC.,<br>        Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC.,<br>        Defendant. |

**DEFENDANT'S MOTION TO DISMISS**

The Defendant, DHL Express (USA), Inc. (hereinafter "DHL"), moves the Court, pursuant to Rule 7.1 of the Local Rules for the District of Massachusetts, Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Section 1331 of Title 28 of the United States Code, to dismiss the Plaintiff's Complaint. In support of its Motion, DHL states:

1. On November 10, 2004, the Plaintiff, Ruggers, Inc. (hereinafter the "Plaintiff"), filed this action against DHL in Hampden Superior Court. See *Ruggers, Inc. v DHL Express (USA), Inc.*, Hampden Superior Court Civil Action No. HDCV2004-01091, Docket Sheet (attached hereto as Exhibit "A").

2. The basis of this action is DHL's alleged negligence in performance of duties as carrier and bailee of certain goods. See Compl., §§ 19-25.

3. DHL's conduct as alleged by the Plaintiff also forms the basis for the Plaintiff's breach of contract claim against DHL, as well as its unfair trade practices claim under chapter 93A of the Massachusetts General Laws. See id., §§ 26-34.

32918.2

4. On December 17, 2004, DHL removed this lawsuit to this Court. See Not. of Removal to the U.S. Dist. Ct. 28 U.S.C. § 1441 dated December 16, 2004.

5. The Warsaw Convention completely preempts all of the Plaintiff's state law claims. See Convention for the Unification of Certain Rules Relating to International Transportation by Air, Oct. 12, 1929, 49 Stat. 3000, T.S.No. 876 (1934), reprinted in note following 49 U.S.C. § 40105 (hereinafter "Warsaw Convention" or "Convention").

6. As a result, the state law claims in the Complaint fail to state any claim for which relief may be granted. See Fed.R.Civ.P. 12(b)(6).

WHEREFORE, DHL moves for dismissal of the Plaintiff's Complaint.

Respectfully submitted,

DHL EXPRESS (USA), INC.,

By Its Attorneys,

/s/ Sara Discepolo
George C. Rockas, BBO#544009
Sara Discepolo, BBO# 628721
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: December 29, 2004

## LOCAL RULE 7.1 CERTIFICATION

I, Sara Discepolo, hereby certify that on December 21, 2004 I conferred with opposing counsel concerning this Motion and attempted in good faith to narrow the issues for consideration.

/s/ Sara Discepolo
Sara Discepolo

32918.2

**EXHIBIT "A"**

28624.1

# Commonwealth of Massachusetts
# HAMPDEN SUPERIOR COURT
# Case Summary
# Civil Docket

## Ruggers Inc v DHL Express (USA) Inc

Details for Docket: HDCV2004-01091

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | HDCV2004-01091 | **Caption:** | Ruggers Inc v DHL Express (USA) Inc |
| **Filing Date:** | 11/10/2004 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 12/20/2004 | **Session:** | Civil B - CtRm 5 |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 09/06/2005 |
| **Service Date:** | 02/08/2005 | **Disposition:** | 01/04/2006 |
| **Rule 15:** | 04/09/2005 | **Rule 12/19/20:** | 04/09/2005 |
| **Final PTC:** | 11/05/2005 | **Rule 56:** | 10/06/2005 |
| **Answer Date:** | 04/09/2005 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | HDCV2004-01091 | **Caption:** | Ruggers Inc v DHL Express (USA) Inc |
| **Filing Date:** | 11/10/2004 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 12/20/2004 | **Session:** | Civil B - CtRm 5 |
| **Lead Case:** | NA | **Case Type:** | Other negligence/pers injury/pro |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 09/06/2005 |
| **Service Date:** | 02/08/2005 | **Disposition:** | 01/04/2006 |
| **Rule 15:** | 04/09/2005 | **Rule 12/19/20:** | 04/09/2005 |
| **Final PTC:** | 11/05/2005 | **Rule 56:** | 10/06/2005 |
| **Answer Date:** | 04/09/2005 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: HDCV2004-01091

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | DHL Express (USA) Inc | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Ruggers Inc | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: HDCV2004-01091

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BULK01 |
| **Last Name:** | Maynard | **First Name:** | Kevin C |
| **Address:** | 1500 Main Street, Suite 2700 | **Address:** | PO Box 15507 |
| **City:** | Springfield | **State:** | MA |
| **Zip Code:** | 01115 | **Zip Ext:** | 5507 |
| **Telephone:** | 413-272-6244 | **Tel Ext:** | |
| **Fascimile:** | 413-272-6804 | **Representing:** | Ruggers Inc, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | WILS03 |
| **Last Name:** | Discepolo | **First Name:** | Sara |
| **Address:** | 155 Federal Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-422-5300 | **Tel Ext:** | |
| **Fascimile:** | 617-423-6917 | **Representing:** | DHL Express (USA) Inc, (Defendant) |

## Calendar Events

No Calendar Events found for Docket: HDCV2004-01091.

There are currently no calendar events associated with this case.

## Full Docket Entries

4 Docket Entries for Docket: HDCV2004-01091

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 11/10/2004 | 1 | Complaint & civil action cover sheet filed |
| 11/10/2004 |  | Origin 1, Type B04, Track F. |
| 12/01/2004 | 2 | SERVICE RETURNED: DHL Express (USA) Inc(Defendant) |
| 12/20/2004 | 3 | Case REMOVED this date to US District Court of Massachusetts. |

- 3 -

## CERTIFICATE OF SERVICE

I, Sara Discepolo, hereby certify that on this 29th day of December, 2004, I electronically filed the foregoing *Defendant's Motion to Dismiss* together with all supporting documentation, and also served same upon all counsel/parties of record by mailing same postage prepaid, first class to:

Kevin C. Maynard
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507

*/s/ Sara Discepolo*
Sara Discepolo

32918.2