IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 04-30248-MAP

| | | |
|---|---|---|
| RUGGERS, INC., | ) | |
| Plaintiff | ) | [ASSENTED-TO] MOTION |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | TO FILE OPPOSITION TO |
| DHL EXPRESS (USA), INC., | ) | MOTION TO DISMISS |
| Defendant | ) | |

The plaintiff, Ruggers, Inc., with the assent of the defendant herein, pursuant to

Fed. R. Civ. P. 6(b), hereby moves the Court for an order that the time within which plaintiff

may file and serve a memorandum in opposition to the defendant's Motion to Dismiss be

extended to and including January 19, 2005.

ASSENTED TO:

The Defendant                         The Plaintiff
DHL EXPRESS (USA), INC.               RUGGERS, INC.
By Its Attorneys:                     By Its Attorneys:


/s/ Sara Discepolo_____    /s/ Kevin C. Maynard_____
George C. Rockas, BBO No. 544009      Kevin C. Maynard
Sara Discepolo, BBO No. 628721          BBO No. 550669
Wilson, Elser, Moskowitz,            Bulkley, Richardson and Gelinas, LLP
  Edelman & Dicker, LLP              1500 Main Street
155 Federal Street                   Suite 2700
Boston, MA 02110                     Springfield, MA  01115-5507
Tel.:  (617) 42205300                Tel.: (413)  272-6244/Fax: (413) 272-6804

January 10, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of
record for each other party by first class mail on January 10, 2005.

/s/ Kevin C. Maynard_____
Kevin C. Maynard