UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RUGGERS, INC**

**CASE NO. 04-30298 MAP**

**V.**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION TO DISMISS on   MARCH 30, 2005    at    2:00   P.M., before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

WILLIAM RUANE, ACTING CLERK OF COURT

1/17/05

By: /s/ Elizabeth A. French
Deputy Clerk

Date

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                         [kntchrgcnf.]
                                                                        [ntchrgcnf.]