# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**RUGGERS, INC**

**CIVIL / CRIMINAL CASE**

**NO.** 04-30248

**V.**

**DHL EXPRESS**

**Defendant**

## NOTICE OF RESCHEDULING

PONSOR      D.J./M.J.

The  Motion hearing  scheduled for  3/30/05  at  2:00 p.m.  before Judge  Ponsor , has been cancelled. It has been RESCHEDULED to  APRIL 12, 2005  at  2:30 p.m.  in Courtroom #  1  on the  5th  floor.

SARAH THORNTON
CLERK OF COURT

3/7/05
Date

By: /s/Elizabeth A. French
Deputy Clerk

Notice to: All counsel of record

(Notice - Cancellation.wpd - 7/99)       [ntchrgcnf.]
                                         [kntchrgcnf.]