UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RUGGERS INC**

V.

**DHL EXPRESS INC**

CASE NO.   04-30248   MAP

NOTICE OF RESCHEDULING

PLEASE TAKE NOTICE that the above-entitled case has been   RESET   for HEARING ON MOTION TO DISMISS   to   APRIL 20, 2005   at   2:30 P.M. before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

APRIL 9, 2005
Date

SARAH THORNTON
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]