IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 04-30248-MAP

| | | |
|---|---|---|
| RUGGERS, INC., | ) | |
|     Plaintiff | ) | [ASSENTED-TO] MOTION |
| v. | ) | TO CONTINUE HEARING |
| | ) | ON MOTION TO DISMISS |
| DHL EXPRESS (USA), INC., | ) | |
|     Defendant | ) | |

The plaintiff, Ruggers, Inc., with the assent of the defendant herein, pursuant to Fed. R. Civ. P. 6(b), respectfully request that the Court continue a hearing on defendant's motion to dismiss recently rescheduled by the Court to April 20, 2005 at 2:30 p.m., to a date after May 3, 2005 due to its counsel's pre-paid family vacation plans.

ASSENTED TO:

| | |
|---|---|
| The Defendant | The Plaintiff |
| DHL EXPRESS (USA), INC. | RUGGERS, INC. |
| By Its Attorneys: | By Its Attorneys: |
| | |
| /s/ Sara Discepolo | /s/ Kevin C. Maynard |
| George C. Rockas, BBO No. 544009 | Kevin C. Maynard |
| Sara Discepolo, BBO No. 628721 |   BBO No. 550669 |
| Wilson, Elser, Moskowitz, | Bulkley, Richardson and Gelinas, LLP |
|   Edelman & Dicker, LLP | 1500 Main Street |
| 155 Federal Street | Suite 2700 |
| Boston, MA 02110 | Springfield, MA  01115-5507 |
| Tel.:  (617) 42205300 | Tel.: (413)  272-6244/Fax: (413) 272-6804 |

April 13, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on April 13, 2005.

                                                                       /s/ Kevin C. Maynard
                                                                        Kevin C. Maynard

#287253