UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RUGGERS INC**

CIVIL / CRIMINAL

CASE NO.    04-30248

**V.**

**DHL EXPRESS**

**Defendant**

## NOTICE OF RESCHEDULING

**PONSOR**          D.J.

PLEASE TAKE NOTICE that the above-entitled case has been RESET    for

HEARING ON MOTION TO DISMISS

FROM 5/17/05 AT 3:30 P.M.    TO    MAY 23, 2005 AT 3:00 P.M.

before Judge    PONSOR              in Courtroom #    1

on the    5TH    floor.

SARAH A. THORNTON,
CLERK OF COURT

5/16/05                    /s/Elizabeth A. French
                    By:
   Date                    Deputy Clerk

**Notice mailed to:**

**(Notice of Hearing.wpd - 3/7/2005)**

**(Notice of Hearing.wpd - 3/7/2005)**