IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 04-30248-MAP

RUGGERS, INC.,
    Plaintiff,

v.

DHL EXPRESS (USA), INC.,
    Defendant.

## ASSENTED TO MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS

NOW comes the Defendant, DHL Express (USA), Inc. (hereinafter "DHL"), and hereby moves the Court, pursuant to Rule 7.1 of the Local Rules for the District of Massachusetts, for an order continuing the hearing on DHL's Motion to Dismiss currently scheduled for 3:00 p.m. on Monday, May 23, 2005. In support hereof, DHL states as follows:

1. The Plaintiff, Ruggers, Inc. (hereinafter the "Plaintiff") filed a motion to amend its pleadings on May 19, 2005.

2. DHL anticipates that the Plaintiff will argue its proposed amendment will defeat DHL's Motion to Dismiss.

3. Although DHL does not believe the proposed amendment, even if allowed, would defeat its Motion, there may be further need for briefing on the issue for the Court to render a decision.

4. The parties seek to conserve judicial resources to the extent possible.

5. Further, DHL seeks to continue the hearing on its Motion to Dismiss until DHL has an opportunity to address the Plaintiff's recently-filed Motion to Amend.

38594.1

6.   The Plaintiff assents to DHL's request to continue the hearing scheduled for May 23, 2005.

WHEREFORE, DHL moves to continue the hearing on DHL's Motion to Dismiss for at least two weeks.

          Respectfully submitted,

          DHL EXPRESS (USA), INC.,

          By Its Attorneys,

          */s/ Sara Discepolo*
          George C. Rockas, BBO#544009
          Sara Discepolo, BBO# 628721
          WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER, LLP
          155 Federal Street
          Boston, MA 02110
          (617) 422-5300

Dated: May 20, 2005

## LOCAL RULE 7.1 CERTIFICATION

I, Sara Discepolo, hereby certify pursuant to Local Rule 7.1 that I have in good faith conferred with opposing counsel concerning the above Motion and opposing counsel assents to the relief requested therein.

          */s/ Sara Discepolo*
          Sara Discepolo

38594.1

## CERTIFICATE OF SERVICE

I, Sara Discepolo, hereby certify that on this 20th day of May 2005, I served a copy of the foregoing *Assented to Motion to Continue Hearing on Motion to Dismiss* together with all supporting documentation upon all counsel/parties of record by mailing same postage prepaid to:

Kevin C. Maynard
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507

*/s/ Sara Discepolo*
Sara Discepolo

38594.1