UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RUGGERS, INC**

**CIVIL / CRIMINAL**

**CASE NO.** 04-30248

**V.**

**DHL EXPRESS**

Defendant

### NOTICE

**PONSOR** D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

Hearing on Motion to dismiss on   July 20, 2005

at   11:00   A.M./P.M. before Judge   PONSOR

in Courtroom #   1   on the   5TH   floor.

SARAH A. THORNTON,
CLERK OF COURT

6/24/05                                    /s/Elizabeth A. French
Date                      By:        Deputy Clerk

Notice mailed to:
all counsel of record

(Notice of Hearing.wpd - 3/7/2005)