UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RUGGERS, INC.,                )
       Plaintiff     )
                              )
       v.            ) CIVIL ACTION NO. 04-30248-MAP
                              )
DHL EXPRESS, (USA), INC.,     )
       Defendant     )

PRETRIAL SCHEDULING ORDER

July 20, 2005

PONSOR, D.J.

    Counsel appeared before this court on July 20, 2005 for argument on defendant's Motion to Dismiss.  This motion has been denied.

    Based on counsel's representations, the court orders as follows:

    1.  Defendant's answer to the amended complaint will be filed on or before August 19, 2005.

    2.  All automatic discovery will be exchanged by August 31, 2005.

    3.  All interrogatories and requests for production will be served no later than September 30, 2005.

    4.  All depositions will be completed and all discovery will close on December 31, 2005.

    5.  Counsel will appear again before this court for a final pretrial conference on January 12, 2006 at 2:30 p.m.  At least five days prior to the conference counsel will file final pretrial memoranda in accordance with the attached order.  <u>Please note</u>: failure to file a final pretrial memo as ordered may result in default or dismissal.  At that time, counsel may also propose a schedule for filing any motion for summary judgment.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge