IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 04-30248-MAP

RUGGERS, INC.,
                    Plaintiff,

v.

DHL EXPRESS (USA), INC.,
                    Defendant.

## MOTION TO EXTEND TIME TO COMPLETE DISCOVERY
## AND CONTINUE PRETRIAL CONFERENCE

The Defendant, DHL Express (USA), Inc. (hereinafter "DHL"), hereby moves the Court,

pursuant to Rule 7.1 of the Local Rules for the District of Massachusetts and Rule 81(c) of the

Federal Rules of Civil Procedure, for an extension of time until March 31, 2006 within which to

complete discovery and take depositions in this matter. It also requests a continuance of the

pretrial conference to some date after March 31, 2006. In support hereof, DHL states as follows:

1.    On July 20, 2005 this Court issued a Pretrial Scheduling Order requiring that the

parties complete all depositions by December 31, 2005 and closing all discovery

by that date. See Pretrial Scheduling Order dated July 20, 2005.

2.    The Court has also scheduled a final pretrial conference for January 12, 2006. See

id.

3.    The Plaintiff is seeking approximately $40,000 according to its civil cover sheet

that it filed in the prior state court proceedings. See Not. of Removal to the U.S.

District Court 28 U.S.C. § 1441 dated Dec. 16, 2004, Exh. A. Civil Cover Sheet.

48715.1

4.   In addition the Plaintiff is seeking treble damages and attorneys' fees against DHL pursuant to its claim for unfair trade practices in Count Four of its Amended Complaint. See Amended Compl. dated May 19, 2005, Count Four; id., Prayers for Relief.

5.   Originally, the due date for the Plaintiff to serve its responses to DHL's request for production was October 31, 2005 and the due date for the Plaintiff to serve its answers to DHL's interrogatories was November 15, 2005.

6.   DHL agreed to extend the time for the Plaintiff to serve both sets of written discovery responses to November 30, 2005, but has not yet received said responses. Although the Plaintiff has indicated it will serve said responses by December 2, 2005, DHL cannot be sure that the Plaintiff will effect service by said date.

7.   Even if the Plaintiff serves its written responses by December 2, 2005, DHL anticipates that when it receives the Plaintiff's written discovery responses, it will seek to depose 1-3 persons in this matter. Without the written discovery responses from the Plaintiff, however, it is unable to make a determination as to how many depositions will be necessary or the scope of said depositions.

8.   This Court has not yet set a date for trial in this matter.

9.   Without sufficient time to take depositions in this case, DHL will be prejudiced and unable to complete its investigation and establish a defense against the claims asserted.

10.     DHL has consulted with counsel for the Plaintiff, who does not assent to this

Motion, but states that he may reconsider in the near future. As a result, DHL has

filed this Motion as opposed by the Plaintiff.

WHEREFORE, DHL respectfully moves for an extension of time to March 31, 2006 to

complete depositions and discovery and for a continuance of the pretrial conference to

some time after said date.

Respectfully submitted,

DHL EXPRESS (USA), INC.,

By Its Attorneys,

/s/ Sara Discepolo
George C. Rockas, BBO#544009
Sara Discepolo, BBO# 628721
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated:  December 1, 2005

## LOCAL RULE 7.1 CERTIFICATION

I, Sara Discepolo, hereby certify pursuant to Local Rule 7.1 that I have in good faith
conferred with opposing counsel concerning the above Motion and opposing counsel does not
agree to the relief requested therein.

/s/ Sara Discepolo
Sara Discepolo

48715.1

## CERTIFICATE OF SERVICE

I, Sara Discepolo, hereby certify that on this 1st day of December, 2005, I served a copy of the foregoing *Motion to Extend Time to Complete Discovery and Continue Pretrial Conference* together with all supporting documentation upon all counsel/parties of record by mailing same postage prepaid to:

Kevin C. Maynard
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507

/s/ Sara Discepolo
Sara Discepolo

48715.1