IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 04-30248-MAP

RUGGERS, INC.,
        Plaintiff,

v.

DHL EXPRESS (USA), INC.,
        Defendant.

**NOTICE OF APPEARANCE**

Kindly enter my appearance as counsel on behalf of the defendant, DHL Express (USA), Inc., in the above-entitled matter.

Respectfully submitted,

*/s/ Mark R. Freitas*
Mark R. Freitas, BBO #641205
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300
Dated: March 23, 2006

55218.1