IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 04-30248-MAP

RUGGERS, INC.,
                    Plaintiff,

v.

DHL EXPRESS (USA), INC.,
                    Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as counsel on behalf of the Defendant, DHL Express

(USA), Inc., in the above consolidated cases.

Respectfully submitted,

Sara Discepolo (BBO #628721)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: February 26, 2006

53792.1

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, hereby certify that on this 23rd day of March 2006, I served a copy of the foregoing *Notice of Withdrawal of Appearance* upon all counsel/parties of record by mailing same first class mail, postage prepaid to:

Kevin C. Maynard
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507

Mark R. Freitas