UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


RUGGERS, INC.,                )
                  Plaintiff   )
                              )
             v.               ) CIVIL ACTION NO. 04-30248-MAP
                              )
DHL EXPRESS, (USA), INC.,     )
                  Defendant   )


ORDER OF REFERRAL FOR MEDIATION

April 26, 2006

PONSOR, D.J.

        Counsel appeared for a final pretrial conference on April 26, 2006. Based on counsel's representations, this case is hereby ordered referred to Magistrate Judge Kenneth P. Neiman for mediation. The Magistrate Judge's clerk will contact counsel.

        It is So Ordered.


                          /s/ Michael A. Ponsor
                          MICHAEL A. PONSOR
                          United States District Judge