**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RUGGERS, INC.,
    Plaintiff

  V.

DHL EXPRESS (USA, INC.,
    Defendant

CIVIL ACTION

NO.   04-30248-MAP


**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On   June 15, 2006,   I held the following ADR proceeding:

  ___ SCREENING CONFERENCE  ___ EARLY NEUTRAL EVALUATION
   X  MEDIATION  ___ SUMMARY BENCH / JURY TRIAL
  ___ MINI-TRIAL  ___ SETTLEMENT CONFERENCE

[X] All parties were represented by counsel  [except _____ ]

[X] The parties were present in person, by telephone or by authorized corporate officer or representative

  The case was:

[ ] Settled.  A ___ day order of dismissal has been entered.

[ ] There was progress.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

[ ] Other:_____

_____


June 26, 2006         /s/ Kenneth P. Neiman
DATE           ADR Provider

            KENNETH P. NEIMAN, U.S. Magistrate Judge