```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


RUGGERS, INC.

        V.                        CA NO:   04-30248-MAP

DHL EXPRESS USA, INC
```

### NOTICE OF TRIAL

                    JUNE 30, 2006

      The trial in the above captioned case shall  commence on
Monday, September 18, 2006 at 9:00 a.m.

        Motions <u>in limine</u>, if any, proposed Jury instructions and
proposed <u>voir dire</u> questions will be filed no later than one week
prior  to  trial.   Trial will proceed  from  9:00  until  1:00 p.m
thereafter unless otherwise notified.

```
                         MICHAEL A. PONSOR
                         U.S. DISTRICT JUDGE


                         /s/Elizabeth A. French
                            Deputy Clerk


                         Deputy Clerk
```