## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

|  |  |
|---|---|
| RUGGERS, INC., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DHL EXPRESS (USA), INC., )<br>    Defendants. )<br>) | C.A. No. 04-30248-MAP |

### DEFENDANTS, DHL EXPRESS (USA), INC.'S
### MOTION TO AMEND ITS ANSWER

NOW COMES the defendant, DHL Express (USA), Inc. ("DHL"), and hereby moves this Honorable Court for leave to amend its answer to add two additional affirmative defenses. The proposed additional defenses read as follows, respectively:

19. The center of gravity of the circumstances, which give rise to the plaintiffs' claim, is not primarily and substantially within the Commonwealth.

20. The plaintiff's claims are barred by fraud, illegality, collusion, conspiracy and/or unclean hands.

WHEREFORE, DHL prays that it be permitted to file the attached Amended Answer to Plaintiff's Amended Complaint, and for all other relief to which it may be entitled.

                                        Respectfully Submitted,
                                        The Defendant,
                                        DHL EXPRESS (USA), INC.
                                        By Its Attorneys,

                                        */s/ Mark R. Freitas*
                                        Mark R. Freitas, BBO#641205
                                        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                                        155 Federal Street
                                        Boston, MA 02110
                                        (617) 422-5300

64722.1

2

## GOOD FAITH ATTEMPT TO NARROW ISSUES

I, Mark R. Freitas, hereby certify, pursuant to Local Rule 7.1(A)(2), that on September 11, 2006, I conferred with counsel for the plaintiff in an attempt, in good faith, to narrow the issues raised herein.

*/s/ Mark R. Freitas*
Mark R. Freitas

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, hereby certify that on September 11, 2006, DHL's Motion to Amend its Answer and supporting Memorandum of Law were both filed electronically and are available for viewing and downloading from the ECF system.  As the defendant is not aware of any party who has not consented to electronic service, pursuant to L.R. 5.4(C), electronic filing upon counsel of record is the sole means of service of this document to all parties

*/s/ Mark R. Freitas*
Mark R. Freitas