UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30248-MAP

| | | |
|---|---|---|
| RUGGERS, INC., | ) | |
| Plaintiff | ) | |
| | ) | PLAINTIFF'S MOTION *IN LIMINE* |
| v. | ) | REGARDING EVIDENCE OR |
| | ) | ARGUMENT ON WARSAW |
| DHL EXPRESS (USA), INC., | ) | CONVENTION |
| Defendant | ) | |

Plaintiff Ruggers, Inc. ("Ruggers") hereby moves *in limine* for an order precluding the introduction of evidence regarding the applicability herein of the Warsaw Convention or its effect, and precluding any reference or argument to the jury on the issue.

As grounds for this motion, plaintiff states that when the Court denied a motion to dismiss made by defendant on the grounds that the Warsaw Convention barred plaintiff's claims, the Court deemed and described the Warsaw Convention as inapplicable in that, by acknowledgment, defendant was not a "carrier" with respect to plaintiff's lost goods.  See Endorsed Order entered 7/20/05 ("Denied for reasons stated in open court …").  Nonetheless, by language included in the Joint Pretrial Memorandum herein, defendant has signaled that it may continue to assert and, presumably, present evidence or argument on the applicability and effect of that Warsaw Convention.  The Court's prior decision should preclude defendant from doing so.

Dated:  September 11, 2006

Ruggers, Inc.
By Its Attorneys:

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on September 11, 2006.

/s/ Kevin C. Maynard
Kevin C. Maynard

/s/ Kevin C. Maynard
Kevin C. Maynard, BBO #550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel.: (413) 272-6244
Fax:  (413) 272-6804