```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


RUGGERS, INC.,              )
            Plaintiff       )
                            )
      v.                    )  CIVIL ACTION NO. 04-30248-MAP
                            )
DHL EXPRESS, (USA), INC.,   )
            Defendant       )
```

ORDER OF TRANSFER AND SCHEDULING ORDER

September 15, 2006

PONSOR, D.J.

This case was originally scheduled for trial to commence on September 18, 2006. Due to an intervening lengthy criminal trial, the court will be unable to go forward on that day and, pursuant to Local Rule 40.1(I), hereby orders this case transferred to the Honorable Richard G. Stearns, with his consent.

Jury trial before Judge Stearns will commence on Tuesday, October 10, 2006 at the Federal Court in Springfield. Counsel will appear at 9:00 a.m. that day for a conference prior to the commencement of jury selection at 10:00 a.m. The parties have estimated that the trial will require no more than three days. It is Judge Stearns' intention to sit both mornings and afternoons beginning on October 10.

It is So Ordered.

```
                    /s/ Michael A. Ponsor
                    MICHAEL A. PONSOR
                    United States District Judge
```