UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RUGGERS, INC.,<br>    Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)   04-30248-RGS<br>)<br>)<br>)<br>) |

**DEFENDANT'S EMERGENCY MOTION TO CONTINUE TRIAL**

NOW COMES the defendant to this action, DHL Express (USA), Inc. ("DHL") and asks that this Court continue the trial of this matter, currently scheduled for October 10, 2006, for a period of six days or some other time deemed appropriate by the Court. In support of this Motion, DHL states:

1. This case involves a claim by the plaintiff for property damage and business losses relating to the inability to clear an order of 470 rugby shirts through U.S. Customs that led to their eventual destruction and/or forfeiture.

2. The plaintiff filed its original complaint in this action in state court on November 10, 2004.

3. DHL removed this action to federal court on December 16, 2004.

4. The parties were originally scheduled to appear before Judge Ponsor for trial on September 18, 2006 but the case was transferred to Judge Stearns and the trial was continued to October 10, 2006.

5. DHL has served a trial subpoena on a non-party witness and former employee of Ruggers, Michael Brunelle.

6. By voice mail, Mr. Brunelle has indicated that he will not be able to appear to testify at trial on October 11, 2006 (the date for his appearance as referenced in the trial subpoena).

57676.1

7. Additionally, it was recently learned that DHL employee Ralph Reinhardt will be traveling to Greece during the week of October 9th, 2006.

8. Mr. Brunelle is material to this case because he was the individual from Ruggers who communicated with DHL regarding the application of a visa to cover one of the two shipments at issue in this case.

9. Mr. Reinhardt is material to this case because he was the person in charge of imports for DHL at JFK, which is where the shipment at issue was received. He also is the person who will testify about DHL's policies and procedures as it relates to compliance with federal regulations and laws concerning U.S. Customs generally.

10. The inability to produce either witness will significantly prejudice the defense of this action.

WHEREFORE DHL respectfully requests that this Court continue the trial of this matter for six days (i.e., October 16, 2006) or some other time deemed appropriate by the court.

> Respectfully Submitted,
> The Defendant,
> DHL EXPRESS (USA), INC.
> By Its Attorneys,
>
> */s/ Mark R. Freitas*
> _____
> Mark R. Freitas, BBO#641205
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER, LLP
> 155 Federal Street
> Boston, MA 02110
> (617) 422-5300

57676.1

## CERTIFICATE OF SERVICE

     I, Mark R. Freitas, hereby certify that on October 4, 2006 the within *Emergency Motion to Continue the Trial* was filed electronically and is available for viewing and downloading from the ECF system. As the defendant is not aware of any party who has not consented to electronic service, pursuant to L.R. 5.4(C), electronic filing upon counsel of record is the sole means of service of this document to all parties.

                                                            */s/ Mark R. Freitas*_____
                                                            Mark R. Freitas

57676.1