UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30248-MAP

| | | |
|---|---|---|
| RUGGERS, INC., | ) | |
| Plaintiff | ) | |
| | ) | PLAINTIFF'S OPPOSITION TO |
| v. | ) | DEFENDANT'S EMERGENCY |
| | ) | MOTION TO CONTINUE TRIAL |
| DHL EXPRESS (USA), INC., | ) | |
| Defendant | ) | |

Plaintiff Ruggers, Inc. ("Ruggers") hereby opposes Defendants' Emergency Motion to Continue Hearing. Upon receipt of the motion, undersigned Ruggers' counsel on October 5, 2006 contacted by telephone Michael Brunelle, identified in the motion as a subpoenaed witness who has advised defendants' counsel of an inability to testify on October 11, the date specified on his subpoena. Mr. Brunelle advised Ruggers' counsel that he had previously informed defendants' counsel by voice mail that he was not able to attend trial on October 10. He further advised Ruggers' counsel, however, that he **was** available to attend trial on October 11, and expected to attend trial on that date in response to the subpoena. He further advised that he has not communicated with defendant's counsel since receipt of the subpoena.

Any unavailability of DHL's own employee, Ralph Reinhardt, to testify because of competing travel plans is not sufficient reason to warrant a continuance. Defendant provides no details regarding the nature or reason for the witness's travel. Defendant does not suggest that the witness's unavailability is sudden or unanticipated. Defendant does not assert, and cannot reasonably assert, that no other employee could testify to the matters that Mr. Reinhardt would testify to.

For all the foregoing reasons, defendant's motion should be denied.

      Ruggers, Inc.
      By Its Attorneys:


      /s/ Kevin C. Maynard
      Kevin C. Maynard
        BBO #550669
      Bulkley, Richardson and Gelinas, LLP
      1500 Main Street, Suite 2700
      Springfield, MA  01115-5507
      Tel.: (413) 272-6244
      Fax:  (413) 272-6804

Dated:  October 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on October 5, 2006.


      /s/ Kevin C. Maynard
      Kevin C. Maynard