UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


RUGGERS, INC.
    Plaintiff

        v.                          CIVIL ACTION NO. 04-30248-RGS

DHL EXPRESS, INC.
    Defendant

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                            RICHARD G. STEARNS
                                           UNITED STATES DISTRICT JUDGE


            BY:

                      /s/ Mary H. Johnson
                      Deputy Clerk

DATED: 10-12-06