UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RUGGERS, INC.,<br>    Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)  04-30248-RGS<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that all claims of this matter be dismissed with prejudice, without costs, each party to bear his or her own attorneys' fees, and each side waiving their right of appeal.

The Plaintiff,
RUGGERS, INC.,
By its Attorneys,

_____
Kevin C. Maynard, BBO# 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA 01115-5507
(413) 272-6244

The Defendant,
DHL EXPRESS (USA), INC.
By its Attorneys,

_____
Mark R. Freitas, BBO# 641205
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

74790.1